

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00882-CV

Joseph **ZAPATA** and Maria Banda,
Appellants

v.

**WALTER MORTGAGE COMPANY LLC**, et al.,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-03-48880-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are assessed against appellants.

SIGNED February 5, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice